**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAVIS/GILFORD, A JOINT VENTURE,** | |
| **12530 Parklawn Drive**<br>**Rockville, MD 20852** | |
|      **Plaintiff,** | Case No._____ |
| **v.** | |
| **TOWER INSURANCE COMPANY OF**<br>**NEW YORK,** | |
| **120 Broadway, 31st Floor**<br>**New York, NY 10271** | |
|      **Defendant.** | |

## <u>PETITION TO CONFIRM ARBITRATION AWARD</u>

Plaintiff DAVIS/Gilford, A Joint Venture ("DGJV"), by counsel, hereby petitions this Court to confirm the arbitration award issued in DGJV's favor and enter judgment against Defendant Tower Insurance Company of New York ("Tower") in the amount of $1,735,423.09, plus post-judgment interest from May 24, 2014 until paid in full. As described more fully in the accompanying Memorandum of Points and Authorities in Support of DGJV's Petition to Confirm Arbitration Award, DGJV is entitled to confirmation of the arbitration award and judgment in its favor pursuant to Section 9 of the Federal Arbitration Act, and because there is no basis to vacate the award.

Dated: **April 29, 2014**                    **Respectfully submitted,**

_____
Stephen M. Seeger (D.C. Bar No. 431258)
Jesse S. Keene (D.C. Bar No. 999718)
Hillary J. Boroian (D.C. Bar No. 1013633)
PECKAR & ABRAMSON, PC
2055 L Street, NW, Suite 750
Washington, DC 20036
Tel.:   (202) 293-8815
Fax:    (202) 293-7994
Email: seeger@pecklaw.com
        jkeene@pecklaw.com
        hboroian@pecklaw.com
*Counsel for Plaintiff Davis/Gilford, A Joint Venture*

## LCvR 7 CERTIFICATION

Pursuant to Local Rule 7(m), I hereby certify that I contacted Tower's arbitration counsel on April 28, 2014 to seek Tower's consent to the filing of this Petition but consent was not obtained.

_____
Stephen M. Seeger