IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS/GILFORD, A JOINT VENTURE,<br><br>Plaintiff,<br><br>v.<br><br>TOWER INSURANCE COMPANY OF NEW YORK,<br><br>Defendant. | Case No.: 1:14-cv-00736-RBW |

## CONSENT ORDER

Upon consideration of DAVIS/Gilford, A Joint Venture's ("DGJV") Petition to Confirm Arbitration Award, the parties' Joint Motion for Entry of Consent Order, and the Praecipe noticing payment of the monetary portion of the Arbitration Award, it is this 3rd day of June, 2014 hereby

**ORDERED** that DGJV's Petition to Confirm Arbitration Award is hereby **GRANTED** as to the declaratory judgment portion of the Arbitration Award and **DENIED AS MOOT** as to the monetary portion of the Arbitration Award; and it is further

**ORDERED** that the declaratory judgment portion of the Arbitration Award is hereby **CONFIRMED**; and it is further

**ORDERED** that Tower Insurance Company of New York shall defend, indemnify and hold harmless DGJV to the full extent described in the Arbitration Award; and it is further

**ORDERED** that all other claims for relief be and hereby are dismissed with prejudice.

SO ORDERED.

_____
Reggie B. Walton, United States District Judge

Copies to:

Stephen M. Seeger
Jesse S. Keene
Hillary J. Boroian
PECKAR & ABRAMSON PC
2055 L Street NW, Suite 750
Washington, DC 20036
*Counsel for DAVIS/Gilford, a Joint Venture*

Barbara G. Werther
OBER KALER GRIMES & SHRIVER, PC
1401 H Street NW, Suite 500
Washington, DC 20005
*Counsel for Tower Insurance Company of New York*